# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2014

## NO. 03-11-00298-CR

**Lionel Leal, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court on March 23, 2011.

Having reviewed the record and the parties' arguments, the Court holds that there was no

reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment

of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is

made.